UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-246-F-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO SEAL |
| ANTHONY LANGUAN BRAME | |

On motion of the Defendant, Anthony Languan Brame, and for good cause shown, it is hereby ORDERED that the **[DE 89]** be sealed until further notice by this Court.

IT IS SO ORDER.

This _22_ day of January, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge