UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Anthony Languan Brame**　　　　　　　　　　　　　　**Docket No. 5:10-CR-246-1BO**

**Petition for Action on Supervised Release**

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Anthony Languan Brame, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute 100 Grams or More of Heroin and 500 Grams or More of Cocaine.

Possession With the Intent to Distribute a Quantity of Heroin, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on February 2, 2011, to the custody of the Bureau of Prisons for a term of 96 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Anthony Languan Brame was released from custody on May 13, 2016, at which time the term of supervised release commenced. On December 18, 2017, this case was reassigned to the Honorable Terrence W. Boyle, United States District Judge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 4, 2018, the probation office notified the court that the defendant was convicted of a DWI-Level 5 in the form of a Violation Report and recommended that the defendant complete 24 hours of community service to address the violation. The court concurred with the recommendation, but there was no petition for action filed to add the condition. This petition is being filed to add the condition and the defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Since the filling of the previous Violation Report, the defendant was charged with Driving While License Revoked –Not Impaired on February 16, 2018, in Granville County, North Carolina (18CR700597). Through further investigation, it was discovered that the defendant does have a valid driver's license and has been granted limited driving privileges. As a result, no further action is recommended to allow the state to dispose of the charge. The court will be notified if any further action is recommended for this matter.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Anthony Languan Brame
Docket No. 5:10-CR-246-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Amir A. Hunter
Amir A. Hunter
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919.861.8663
Executed On: February 22, 2018

## ORDER OF THE COURT

Considered and ordered this 23 day of February, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge